IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TONYA JOHNSON,

        Appellant,

v.

ADAM'S C-MART, INC., and
MITSUI SUMITOMO,

        Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4536

_____/

Opinion filed October 6, 2017.

An appeal from an order of Judge of Compensation Claims.
Margaret E. Sojourner, Judge.

Date of Accident: August 4, 2013.

Bradley G. Smith and Nicolette E. Tsambis of Smith, Feddeler & Smith, P.A.,
Lakeland, for Appellant.

John G. Brady of Brady Law Group, PLC, Tampa, for Appellees.

PER CURIAM.

        AFFIRMED.

WINOKUR, JAY, and M.K. THOMAS, JJ., CONCUR.